IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF TEXAS

BEAUMONT DIVISION

| | | |
|---|---|---|
| SAMAD SEFIANE | § | |
| VS. | § | CIVIL ACTION NO. 1:18-CV-291 |
| DISTRICT ATTORNEY 354, *et al.*, | § | |

## MEMORANDUM ORDER OVERRULING OBJECTIONS AND ADOPTING THE MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION

Plaintiff, Samad Sefiane, a pre-trial detainee at the Jefferson County Correctional Facility, proceeding *pro se,* filed this civil rights action pursuant to 42 U.S.C. § 1983 against the following defendants: District Attorney 354, District Attorney 365, Judge John B. Stevens, Judge Terrence L. Holmes, Attorney David E. Grove, and Attorney James R. Makin.

The court referred this matter to the Honorable Keith Giblin, United States Magistrate Judge, at Beaumont, Texas, for consideration pursuant to applicable laws and orders of this court. The Magistrate Judge recommends plaintiff's civil rights action be dismissed without prejudice as repetitious.

The court has received and considered the Report and Recommendation of United States Magistrate Judge filed pursuant to such order, along with the record, and pleading. Plaintiff filed objections to the Report and Recommendation of United States Magistrate Judge. This requires a *de novo* review of the objections in relation to the pleadings and applicable law. *See* FED. R. CIV. P. 72(b).

After careful consideration, the court finds plaintiff's objections lacking in merit. As outlined by the Magistrate Judge, the above-referenced complaint is identical in substance and form to the complaint also filed by plaintiff in Civil Action No. 1:18-CV-275 (E.D. Tex.). The latter case was dismissed for failure to state a claim and as frivolous on August 16, 2018 (docket entry nos. 21 & 22).

## ORDER

Accordingly, plaintiff's objections are **OVERRULED**. The findings of fact and conclusions of law of the Magistrate Judge are correct, and the report of the Magistrate Judge is **ADOPTED**. A Final Judgment will be entered in accordance with the recommendations of the Magistrate Judge.

**SIGNED** this the **16** day of **October, 2018.**

_____
Thad Heartfield
United States District Judge